IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VISTO CORPORATION,

    Plaintiff,

v.

RESEARCH IN MOTION, LTD., et al.,

    Defendants.

No. C 08-80031 JSW

**ORDER OF REFERRAL**

On March 10, 2008, Google Inc. filed a motion to quash a third party subpoena, or in the alternative for a protective order. Pursuant to Northern District Local Rule 72-1, this matter is HEREBY REFERRED to a randomly assigned magistrate judge for resolution. It is FURTHER ORDERED that Google is directed to serve a copy of this Order on all interested parties.

**IT IS SO ORDERED.**

Dated: March 13, 2008

                                              JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE

cc:    Wings Hom