IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VISTO CORPORATION,

        Plaintiff,                         No. C 08-80031 JSW

    v.                                  **ORDER OF REFERRAL**

RESEARCH IN MOTION, LTD., et al.,

        Defendants.

_____/

On March 10, 2008, Google Inc. filed a motion to quash a third party subpoena, or in the alternative for a protective order. Pursuant to Northern District Local Rule 72-1, this matter is HEREBY REFERRED to a randomly assigned magistrate judge for resolution. It is FURTHER ORDERED that Google is directed to serve a copy of this Order on all interested parties.

**IT IS SO ORDERED.**

Dated: March 13, 2008                       _____
                                      JEFFREY S. WHITE
                                      UNITED STATES DISTRICT JUDGE

cc:    Wings Hom