1  KEKER & VAN NEST, LLP
   MICHAEL H. PAGE - #154913
2  ASHOK RAMANI - #200020
   KHARI J. TILLERY - #215669
3  710 Sansome Street
   San Francisco, CA 94111-1704
4  Telephone: (415) 391-5400
   Facsimile: (415) 397-7188
5
   Attorneys for Third-Party Google Inc.
6

7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11

12
   VISTO CORPORATION,                    Civil Case No.: 3:08-mc-80031 JSW
13
                          Plaintiff,     Court of Original Jurisdiction
14                                       U.S. Dist. Ct.
         v.                              E. Dist. Texas
15                                       Marshall Division
   RESEARCH IN MOTION LIMITED, et al.,   Case No. 2-06-CV-181-TJW
16
                          Defendant.     **PROOF OF SERVICE OF ORDER OF
17                                       REFERRAL**

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VISTO CORPORATION,

    Plaintiff,

v.

RESEARCH IN MOTION, LTD., et al.,

    Defendants.

No. C 08-80031 JSW

**ORDER OF REFERRAL**

On March 10, 2008, Google Inc. filed a motion to quash a third party subpoena, or in the alternative for a protective order. Pursuant to Northern District Local Rule 72-1, this matter is HEREBY REFERRED to a randomly assigned magistrate judge for resolution. It is FURTHER ORDERED that Google is directed to serve a copy of this Order on all interested parties.

**IT IS SO ORDERED.**

Dated: March 13, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc:   Wings Hom

**Diane Miller**

| | |
|---|---|
| **From:** | ECF-CAND@cand.uscourts.gov |
| **Sent:** | Thursday, March 13, 2008 3:42 PM |
| **To:** | efiling@cand.uscourts.gov |
| **Subject:** | Activity in Case 3:08-mc-80031-JSW Visto Corporation v. Research in Motion Limited Case Referred to Magistrate Judge for Discovery |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court
Northern District of California
**Notice of Electronic Filing or Other Case Activity**

NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.

Please note that these Notices are sent for all cases in the system when any case activity occurs, regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available.*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from entered on 3/13/2008 3:42 PM and filed on 3/13/2008
**Case Name:**      Visto Corporation v. Research in Motion Limited
**Case Number:**    3:08-mc-80031
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**CASE REFERRED to Magistrate Judge Magistrate Judge James Larson for motion to quash or for protective ord. (wh, COURT STAFF) (Filed on 3/13/2008)**

**3:08-mc-80031 Notice has been electronically mailed to:**

Michael Henry Page     mhp@kvn.com, efiling@kvn.com, nsn@kvn.com

Ashok Ramani     axr@kvn.com, efiling@kvn.com, mls@kvn.com

3/13/2008

Khari Jamil Tillery     kjt@kvn.com, dbm@kvn.com, efiling@kvn.com

**3:08-mc-80031 Notice has been delivered by other means to:**

Visto Corporation

3/13/2008

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111.

On March 13, 2008, I served the following document(s):

(1)   ORDER OF REFERRAL

(2)   NOTICE OF ELECTRONIC FILING THAT CASE REFERRED TO MAGISTRATE JUDGE JAMES LARSON

by regular **UNITED STATES MAIL** by placing a true and correct copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Keker & Van Nest, LLP for collection and processing of correspondence for mailing. According to that practice, items are deposited with the United States Postal Service at San Francisco, California on that same day with postage thereon fully prepaid. I am aware that, on motion of the party served, service is presumed invalid if the postal cancellation date or the postage meter date is more than one day after the date of deposit for mailing stated in this affidavit.

by **E-MAIL VIA PDF FILE**, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format. The transmission was reported as complete and without error.

| | |
|---|---|
| Geoffrey L. Smith | Tiffany P. Cunningham |
| McKool Smith | Kirkland & Ellis LLP |
| 300 West 6th Street, Ste. 1700 | 200 East Randolph Drive |
| Austin, TX  78701 | Chicago, IL  60601-6636 |
| TEL:  (512) 692-8728 | TEL:  (312) 861-2251 |
| FAX:  (512) 692-8744 | FAX:  (312) 861-2200 |
| gsmith@mckoolsmith.com | tcunningham@kirkland.com |

Executed on March 13, 2008, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*Diane Blais Miller*
DIANE BLAIS MILLER

412961.01

PROOF OF SERVICE OF ORDER OF REFERRAL
CIVIL CASE NO. C-08-80031 JSW