1  Charles M. Kagay (Bar No. 73377)
   SPIEGEL LIAO & KAGAY LLP
2  388 Market Street, Suite 900
   San Francisco, California 94111
3  Telephone: (415) 956-5959
   Fax: (415) 362-1431
4  E-Mail: mis@slksf.com
   E-Mail: cmk@slksf.com
5
   Attorneys for PLAINTIFF
6  VISTO CORPORATION

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10

11 VISTO CORPORATION,                        Misc. Civil Case No.
                              Plaintiff,     3:08-mc-80031-JSW

12            v.                             Court of Original Jurisdiction
                                             U.S. Dist. Ct.
13 RESEARCH IN MOTION LIMITED, et            E. Dist. Texas
   al.,                                      Marshall Division
14                                           Case No. 2-06-CV-181-TJW
                              Defendant.
15                                           **Notice of Appearance of
                                             Charles M. Kagay on Behalf
16                                           of Plaintiff Visto
                                             Corporation**

17

18        Please take notice that Charles M. Kagay of Spiegel Liao & Kagay hereby

   appears in this action on behalf of plaintiff Visto Corporation. Mr. Kagay's e-mail
19
   address is cmk@slksf.com.
20
   Date: March 13, 2008
21                                    SPIEGEL LIAO & KAGAY LLP

22                                    /s/ Charles M. Kagay

23                                    _____
                                      Charles M. Kagay
24                                    Attorneys for Plaintiff
                                      Visto Corporation