UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VISTO CORPORATION,

    Plaintiff(s),　　　　　　　　　　　No.MC08-80031 JSW (JL)

    v.　　　　　　　　　　　　　　　　**NOTICE**

RESEARCH IN MOTION, LTD.

    Defendant(s).
_____/

    Third party Google's motion to quash subpoena in the above entitled case is hereby set for hearing for hearing on April 23, 2008 @ 9:30 a.m. in Courtroom F before Chief Magistrate Judge James Larson.

Dated: March 18, 2008

_____
Wings Hom Courtroom Deputy to
Chief United States Magistrate Judge
James Larson

Blank.frm　　　　　　　　　　　1