

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISTO CORPORATION<br><br>　　　　Plaintiff,<br><br>v.<br><br>RESEARCH IN MOTION, LTD, et al ,<br><br>　　　　Defendant. | Case No.  C 08-80031 JSW<br><br>~~(Proposed)~~<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*** |

Geoffrey L. Smith, an active member in good standing of the bar of the United States District Court for the Eastern District of Texas whose business address and telephone number is 300 West 6th Street, Suite 1700, Austin, Texas  78701, 512-692-8700 having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Visto Corporation.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L. R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to requirements contained in general Order No. 45, *Electronic Case Filing*.

MAR 1 9 2008
Dated: ~~March 14, 2008~~

　　　　　　　　　　　　　　　Jeffrey S. White
　　　　　　　　　　　　　　　United States District Judge

Dallas 253132v1