Martin C. Robson, Bar No. 24004892
McKool Smith
300 Crescent Court
Suite 300
Dallas, Texas 75201
Telephone:  214.978.4000
Facsimile:  214.978.4044
Email:  mrobson@mckoolsmith.com

Attorneys for PLAINTIFF
VISTO CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VISTO CORPORATION<br><br>        Plaintiff,<br><br>v.<br><br>RESEARCH IN MOTION, LTD, et al ,<br><br>        Defendant. | Misc. Civil Case No.<br>3:08-mc-80031-JSW<br><br>Court of Original Jurisdiction<br>U.S. Dist. Ct.<br>E. Dist. Texas<br>Marshall Division<br>Case no. 2-06-CV-181-TJW<br><br>**Notice of Appearance of<br>Martin C. Robson III on Behalf<br>of Plaintiff Visto Corporation** |

   Please take notice that Martin C. Robson III of McKool Smith, P.C. hereby appears in this action on behalf of plaintiff Visto Corporation.  Mr. Robson's e-mail address is mrobson@mckoolsmith.com.

Dated:   March 20, 2008

McKool Smith


/s/ Martin C. Robson III
Martin C. Robson III
Attorneys for Plaintiff Visto Corporation

Dallas 253437v1

Page 1