Steven J. Pollinger
Texas State Bar No. 24011919
spollinger@mckoolsmith.com
Geoffrey L. Smith
Texas State Bar No. 24041939
gsmith@mckoolsmith.com
MCKOOL SMITH, P.C.
300 West Sixth Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8702
Telecopier: (512) 692-8744

Martin C. Robson
Texas State Bar No. 24004892
mrobson@mckoolsmith.com
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Attorneys for Plaintiff Visto Corporation
(Additional counsel listed on signature pages)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| VISTO CORPORATION,<br><br>Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>RESEARCH IN MOTION LIMITED, and RESEARCH IN MOTION CORPORATION<br><br>Defendants and Counterclaim-Plaintiffs. | Case No. CV-08-80031-JSW (JL)<br><br>Court of Original Jurisdiction:<br>Civil Action No. 2-06-CV-181-TJW(CE)<br>United States District Court For The Eastern District of Texas - Marshall Division<br><br>**MANUAL FILING NOTIFICATION REGARDING [UNREDACTED] VISTO'S OPPOSITION TO GOOGLE'S MOTION TO QUASH SUBPOENA, OR IN THE ALTERNATIVE, FOR PROTECTIVE ORDER; VISTO'S CROSS-MOTION TO COMPEL; MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>Date:   April 23, 2008<br>Time:  9:30 a.m.<br>Judge: Magistrate Judge Larson |

Dallas 252934v1

**MANUAL FILING NOTIFICATION**

REGARDING: [UNREDACTED] VISTO'S OPPOSITION TO GOOGLE'S MOTION TO QUASH SUBPOENA, OR IN THE ALTERNATIVE, FOR PROTECTIVE ORDER; VISTO'S CROSS-MOTION TO COMPEL; MEMORANDUM OF POINTS AND AUTHORITIES DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CERTIFICATION

The filing is in paper or physical form only, and is being maintained in the case file in the Clerk's Office. If you are a participant in this case, this filing has been served electronically. For information on retrieving this filing directly from the court, please see the Court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions ("FAQ").

This filing was not e-filed for the following reason(s):

    Voluminous Document (PDF file size larger than the e-filing system allows)

    Unable to Scan Documents

    Physical Object (description):

    Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

    Item under Seal

    Conformance with the Judicial Conference Policy (General order 53)

**X    Other (description): Conditionally lodged with the Clerk pursuant to Civil Local Rule 79-5 until further order.**

Dated: March 31, 2008                    Respectfully submitted,

/s/ Charles M. Kagay

Charles M. Kagay
California State Bar No. 73377
SPIEGEL LIAO & KAGAY, LLP
388 Market Street, Suite 900
San Francisco, California 94111
415.956.5959 (phone)
415.362.1431 (fax)
cmk@slksf.com

| | |
|---|---|
| 1 | Steven J. Pollinger |
| 2 | Texas State Bar No. 24011919 |
|   | spollinger@mckoolsmith.com |
| 3 | Geoffrey L. Smith |
|   | Texas State Bar No. 24041939 |
| 4 | gsmith@mckoolsmith.com |
|   | MCKOOL SMITH, P.C. |
| 5 | 300 West Sixth Street, Suite 1700 |
|   | Austin, Texas 78701 |
| 6 | Telephone: (512) 692-8702 |
| 7 | Telecopier: (512) 692-8744 |

Steven J. Pollinger
Texas State Bar No. 24011919
spollinger@mckoolsmith.com
Geoffrey L. Smith
Texas State Bar No. 24041939
gsmith@mckoolsmith.com
MCKOOL SMITH, P.C.
300 West Sixth Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8702
Telecopier: (512) 692-8744

Martin C. Robson
Texas State Bar No. 24004892
mrobson@mckoolsmith.com
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

**ATTORNEYS FOR PLAINTIFF VISTO CORPORATION**