Steven J. Pollinger
Texas State Bar No. 24011919
spollinger@mckoolsmith.com
Geoffrey L. Smith
Texas State Bar No. 24041939
gsmith@mckoolsmith.com
MCKOOL SMITH, P.C.
300 West Sixth Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8702
Telecopier: (512) 692-8744

Martin C. Robson
Texas State Bar No. 24004892
mrobson@mckoolsmith.com
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Attorneys for Plaintiff Visto Corporation
(Additional counsel listed on signature pages)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VISTO CORPORATION,<br><br>Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>RESEARCH IN MOTION LIMITED, and RESEARCH IN MOTION CORPORATION<br><br>Defendants and Counterclaim-Plaintiffs. | Case No. CV-08-80031-JSW (JL)<br><br>Court of Original Jurisdiction:<br><br>Civil Action No. 2-06-CV-181-TJW(CE)<br>United States District Court For The Eastern District of Texas - Marshall Division<br><br>**ADMINISTRATIVE MOTION TO FILE PORTIONS OF DOCUMENTS UNDER SEAL**<br><br>Date:   April 23, 2008<br>Time:  9:30 a.m.<br>Judge:  Magistrate Judge Larson |

Dallas 252934v1

Pursuant to Local Rules 79-5 and 7-11, Plaintiff Visto Corporation ("Visto Corporation") hereby moves this Court for an order allowing Visto Corporation to file portions of the following documents under seal:

1. Research in Motion Limited and Research in Motion Corporation's Supplemental Objections and Responses to Visto Corporation's Sixth Set of Interrogatories dated January 18, 2008, which is attached to the Declaration of Martin C. Robson in Support of Visto Corporation's Opposition to Google's Motion to Quash Subpoena, or in the Alternative, For Protective Order, and Visto's Cross-Motion to Compel Google to Comply with Third-Party Subpoena, and designated Exhibit B.

2. Excerpts from the transcript of the deposition of Ryan Harkins, taken on February 21, 2008 in the original action, Civil Action No. 2-06-CV-181-TJW (CE). These excerpts are attached to the Declaration of Martin C. Robson in Support of Visto Corporation's Opposition to Google's Motion to Quash Subpoena, or in the Alternative, For Protective Order, and Visto's Cross-Motion to Compel Google to Comply with Third-Party Subpoena ("Opposition"), and designated Exhibit H.

3. Excerpts from the transcript of the deposition of David Clarke, taken on March 12, 2008 in the original action, Civil Action No. 2-06-CV-181-TJW (CE). These excerpts are attached to the Declaration of Martin C. Robson in Support of Visto Corporation's Opposition and designated Exhibit I.

4. Excerpts from the transcript of the deposition of Michael Morrissey, taken on February 12, 2008 in the original action, Civil Action No. 2-06-CV-181-TJW (CE). These excerpts are attached to the Declaration of Martin C. Robson in Support of Visto Corporation's Opposition and designated Exhibit J.

5. Excerpts from the transcript of the deposition of David Castell, taken on February 20, 2008 in the original action, Civil Action No. 2-06-CV-181-TJW (CE). These excerpts are attached to the Declaration of Martin C. Robson in Support of Visto Corporation's Opposition and designated Exhibit K

6. Selected portions of Visto Corporation's Opposition, which contains or makes reference to information that is provided in the five documents set forth above.

The accompanying Declaration of Martin C. Robson explains the need for sealing the documents set forth above. These documents contain information that Research in Motion Limited and Research in Motion (collectively, "RIM"), the defendants in the original action, disclosed to Visto Corporation pursuant to the protective order entered in that action. A true and correct copy of this protective order is attached to the accompanying Robson Declaration and designated Exhibit 1. The protective order defines protected information as "Discovery Material that the Disclosing Party in good faith designates as "CONFIDENTIAL," "CONFIDENTIAL - ATTORNEY'S EYES ONLY," or "CONFIDENTIAL - ATTORNEY'S EYES ONLY – COMPUTER SOURCE CODE."  (Robson Decl., ¶3, Ex. 1 at § 3.2.) The disclosure of designated information in pleadings that are filed with the court is governed by section 5.4.5 of the protective order, which states:

> [A]ny Discovery Material designated as Protected Information that is filed with the Court shall be filed and kept by the Court under seal and shall be made available only to the Court and to persons authorized by the terms of this Order.

1   The six documents set forth above all contain information that RIM designated as "CONFIDENTIAL," "CONFIDENTIAL - ATTORNEY'S EYES ONLY," or "CONFIDENTIAL - ATTORNEY'S EYES ONLY – COMPUTER SOURCE CODE." pursuant to the protective order. (Robson Decl., ¶5-8.)

Visto Corporation brings this administrative motion to comply with section 5.4.5 of the protective order, but takes no position on whether RIM's designated information is sealable. (Robson Decl., ¶9.) Pursuant to Local Rule 7-12, Visto Corporation's counsel contacted RIM's counsel and obtained a stipulation for filing the subject materials under seal. (Robson Decl., ¶10.)

With respect to the disclosure of RIM's designated information to Google Inc. ("Google") in connection with Google's pending motion to quash, RIM asked that Visto Corporation obtains Google's written acknowledgement to abide by the terms of the protective order before serving on Google the unredacted copies of the documents set forth above. (Robson Decl., ¶11.) Visto Corporation's counsel has notified Google's counsel about RIM's request and is awaiting Google's response. (Robson Decl., ¶11.) In the meantime, Google has been served with unredacted copies of the subject documents.

//

//

//

1  For the foregoing reasons, Visto Corporation respectfully requests that this Court grants this administrative motion and permit the filing of the affected portions of the above-mentioned documents under seal. In conformance with Local Rule 79-5, Visto Corporation will file redacted versions of the subject documents in the public record.

Dated: March 31, 2008

Respectfully submitted,

/s/ Charles M. Kagay

Charles M. Kagay
California State Bar No. 73377
SPIEGEL LIAO & KAGAY, LLP
388 Market Street, Suite 900
San Francisco, California 94111
415.956.5959 (phone)
415.362.1431 (fax)
cmk@slksf.com

Steven J. Pollinger
Texas State Bar No. 24011919
spollinger@mckoolsmith.com
Geoffrey L. Smith
Texas State Bar No. 24041939
gsmith@mckoolsmith.com
MCKOOL SMITH, P.C.
300 West Sixth Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8702
Telecopier: (512) 692-8744

Martin C. Robson
Texas State Bar No. 24004892
mrobson@mckoolsmith.com
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

**ATTORNEYS FOR PLAINTIFF
VISTO CORPORATION**