1  Charles M. Kagay – Cal. Bar No. 73377
   SPIEGEL LIAO & KAGAY, LLP
2  388 Market Street, Suite 900
   San Francisco, California 94111
3  Telephone:  (415) 956-5959
4  Telecopier:  (415) 362-1431
   cmk@slksf.com

5
   Martin C. Robson – Tex. Bar No. 24004892
6  Steven J. Pollinger – Tex. State Bar No. 24011919
   Geoffrey L. Smith – Tex. State Bar No. 24041939
7  MCKOOL SMITH, P.C.
   300 West Sixth Street, Suite 1700
8  Austin, Texas 78701
9  Telephone: (512) 692-8702
   Telecopier: (512) 692-8744
10 mrobson@mckoolsmith.com
   spollinger@mckoolsmith.com
11 gsmith@mckoolsmith.com

12 Attorneys for Plaintiff Visto Corporation

13

14                      UNITED STATES DISTRICT COURT

15                      NORTHERN DISTRICT OF CALIFORNIA

16                           SAN FRANCISCO DIVISION

17

| | |
|---|---|
| VISTO CORPORATION,<br><br>Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>RESEARCH IN MOTION LIMITED, and RESEARCH IN MOTION CORPORATION<br><br>Defendants and Counterclaim-Plaintiffs. | Case No. CV-08-0031-MSC<br><br>Court of Original Jurisdiction:<br><br>Civil Action No. 2-06-CV-181-TJW(CE)<br>United States District Court For The Eastern District of Texas - Marshall Division<br><br>**STIPULATION OF COUNSEL RE: ADMINISTRATIVE MOTION TO FILE PORTIONS OF DOCUMENTS UNDER SEAL**<br><br>Date:     April 23, 2008<br>Time:    9:30 a.m.<br>Judge:   Magistrate Judge Larson |

Dallas 252934v1

Pursuant to Local Rules 79-5, 7-11 and 7-12, Plaintiff Visto Corporation ("Visto Corporation") and Defendants Research in Motion Limited and Research in Motion Corporation, by and through their respective counsel of record, hereby stipulate and agree as follows:

1. That selected portions of the following documents may be filed under seal:

    a. Visto Corporation's Opposition to Google's Motion to Quash Subpoena, or in the Alternative, For Protective Order, and Visto Corporation's Cross-Motion to Compel Google to Comply with Third-Party Subpoena;

    b. Declaration of Martin C. Robson in Support of Visto Corporation's Opposition to Google's Motion to Quash Subpoena, or in the Alternative, For Protective Order, and Visto Corporation's Cross-Motion to Compel Google to Comply with Third-Party Subpoena, including accompanying exhibits.

2. That upon obtaining Google Inc.'s agreement to abide by the Agreed Protect Order attached to the accompanying Declaration of Martin C. Robson, Visto Corporation may serve on Google Inc. unredacted versions of the above documents.

Dated: March 31, 2008.                    Respectfully submitted,

/s/ Charles M. Kagay

Charles M. Kagay
California State Bar No. 73377
SPIEGEL LIAO & KAGAY, LLP
388 Market Street, Suite 900
San Francisco, California 94111
415.956.5959 (phone)
415.362.1431 (fax)
cmk@slksf.com

Steven J. Pollinger
Texas State Bar No. 24011919
spollinger@mckoolsmith.com
Geoffrey L. Smith
Texas State Bar No. 24041939
gsnith@mckoolsmith.com
MCKOOL SMITH, P.C.
300 West Sixth Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8702
Telecopier: (512) 692-8744

MCKOOL SMITH
A PROFESSIONAL CORPORATION · ATTORNEYS
DALLAS, TEXAS

Martin C. Robson
Texas State Bar No. 24004892
mrobson@mckoolsmith.com
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

**ATTORNEYS FOR PLAINTIFF
VISTO CORPORATION**

/s/ Aaron Charfoos
_____

Aaron Charfoos
Linda S. DeBruin
William E. Devitt
Michael A. Parks
KIRKLAND & EILLIS LLP
200 E. Randolph Street
Chicago, IL 60601
312.861.2000 (phone)
312.861.2200 (fax)

Eric H. Findlay
TX State Bar No. 07889886
RAMEY & FLOCK, P.C.
100 E. Ferguson, Suite 500
Tyler, TX 75702
ericf@rameyflock.com
903.597.3301 (phone)
903.597.2413 (fax)

Harry Lee Gillam, Jr.
TX State Bar No. 07921800
GILLAM & SMITH, LLP
110 S. Bolivar, Suite 204
Marshall, TX 75670
gil@gillamsmithlaw.com
903.934.8450 (phone)
903.934.9257 (fax)

| | |
|---|---|
| 1 | Brian Rivers |
| 2 | Barbara Parvis |
|   | RESEARCH IN MOTION CORPORATION |
| 3 | 102 Decker Court, Suite 180 |
|   | Irving, TX 75062 |
| 4 | 972.650.4266 (phone) |
|   | 972.650.2006 (fax) |

Joe W. Redden, Jr.
BECK REDDEN & SECREST LLP
1221 McKinney Street, Suite 4500
Houston, TX 77010
713.951.3700 (phone)
713.951.3720 (fax)

**ATTORNEYS FOR DEFENDANTS RESEARCH IN MOTION LIMITED AND RESEARCH IN MOTION CORPORATION**

SPIEGEL LIAO & KAGAY, LLP

I, Charles M. Kagay, attest that concurrence in the filing of the document has been obtained from each of the other signatories.

/s/ Charles M. Kagay_____
Charles M. Kagay

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED:

_____
United States Magistrate Judge