# EXHIBIT F



**Help Center**	Change Language: English (US)

Google Help > Gmail Help > IMAP

Search Help Center

| Gmail Overview | **Blackberry** |
|---|---|

Search

What's New	To configure IMAP for your Blackberry, just follow these steps:

Gmail Help Center

Gmail Blog

Gmail Stories

For Organizations

Create an Account

Getting Started Guide

1. Enable IMAP in your Gmail settings.
2. From your BlackBerry home screen, select the **Blackberry Set-up** icon, then choose **Personal Email Set-up**. (On older devices, just look for the **Personal Email Set-up** icon.)
3. Select **Personal Email Set-up**.
4. Accept Terms and Conditions.
5. On the Email Account Set-up page, enter your Gmail username (including '@gmail.com') but leave the password field blank. Select **Next**.
6. You'll see a screen that says 'We are unable to set up your email account.' Select 'I will provide the settings to add this email account,' then **Next**.
7. Select 'Internet Service Provider Email (POP/IMAP),' then **Next**.
8. Select 'I will provide the settings to add this email account,' then **Next**.
9. You'll see 'The BlackBerry Internet Service could not configure [your email] account.' Select 'Provide The Settings' to add email account.
10. Enter your Gmail username (including '@gmail.com') and your password, then **Next**.
11. Enter 'imap.gmail.com' as the email server, then **Next**.
12. Select **OK**.
13. Below your newly added email address, select **Edit**.
14. Select **Advanced Settings** at the bottom.
15. Make sure the port is set to '993' and 'Use SSL' is set to 'Yes.'
16. Select **Save**.

**Troubleshooting**

- Error Messages
- Common Issues
- Known Issues
- POP
- IMAP

**Known issues with POP and IMAP**

- IMAP clients timeout or crash when downloading very large folders
- Non-Latin labels don't appear as folders in Outlook 2003 and Outlook Express
- Incoming message delays when IMAP is enabled

See other known issues

**Learn from other Google users**

Ask questions and share answers on the Gmail Help Discussion Forum

If your email set-up was successful, there should be a new-messages icon on your home screen labeled with the name of the account. Once you see this icon, follow these steps to ensure proper configuration:

1. Open the mailbox icon.
2. Open the menu by pressing the jog wheel or BlackBerry menu button, then select **Options**.
3. Select **Email Reconciliations**.
4. Confirm the following settings:
   - Delete On: Mailbox & Handheld
   - Wireless Reconcile: On
   - On Conflicts: Mailbox Wins
5. Select **Save**.

updated 3/10/2008

**Was this information helpful?**

○ Yes   ○ No

**Additional Help**

**Other articles:**
iPhone
Outlook 2003
Thunderbird 2.0

**Get help from other users in the Gmail Help Discussion group.**

©2008 Google - Gmail Home - About Gmail - Terms of Use - Privacy Policy - Program Policies - About Contacting Support