# EXHIBIT G



**Help Center**

Google Help > Gmail Help > POP

Change Language: English (US)

**Search Help Center**

[ Search ]

| Gmail Overview | **BlackBerry Internet Service** |
|---|---|

**Troubleshooting**

- Error Messages
- Common Issues
- Known Issues
- POP
- IMAP

What's New

1. Log in to your BlackBerry Internet Service account.
2. Click 'Profile' along the top of the 'Home Page.'

Gmail Help Center



Gmail Blog

3. Click 'other email accounts' in the 'Email Accounts' section of your profile.

Gmail Stories

For Organizations

> **Email Accounts**
> Customize your settings to receive messages from other email accounts.

**Known issues with POP and IMAP**

- IMAP clients timeout or crash when downloading very large folders
- Non-Latin labels don't appear as folders in Outlook 2003 and Outlook Express
- Incoming message delays when IMAP is enabled

Create an Account

4. Click 'Add Account.'
5. Enter the information for your Gmail address.
   - Email Address: Enter your full Gmail email address (including '@gmail.com').
   - User Name: Enter your Gmail username (including '@gmail.com').
   - Password: Enter your Gmail password.
   - Re-enter password: Re-enter your Gmail password.

Getting Started Guide

See other known issues

**Learn from other Google users**

Ask questions and share answers on the Gmail Help Discussion Forum

> **Email Accounts**
>
> To add an email account, please provide the information below.
>
> Email Address: nanowoodward@gmail.com
> User Name: nanowoodward@gmail.com
> Password: ******
> Re-enter Password: ******
>
> [Submit] [Cancel]

6. Click 'Submit.'

If your BlackBerry account was successfully configured, you'll see the BlackBerry 'Email Accounts' page. You're finished!

If you receive the message, 'We were unable to configure this mailbox. Please tell us how you access this email account,' verify that you clicked 'Save Changes' after enabling POP in Gmail.

If you don't click 'Save Changes' when you enable POP in Gmail, BlackBerry Internet Service can't access your Gmail messages. Once you've enabled POP in Gmail, add the account in BlackBerry Internet Service again.

Please note that messages sent from your BlackBerry may appear in your mobile device's inbox. This POP behavior is a result of enabling recent mode to ensure that all other POP clients will be able to access your messages. We're aware of this issue, and thank you for your patience while we work to address it.

updated 3/21/2008

**Was this information helpful?**

○ Yes  ○ No

**Additional Help**

**Other articles:**
Apple Mail 3.0
Thunderbird 2.0
Outlook 2002

**Get help from other users in the Gmail Help Discussion group.**

**Review our known issues page.**

©2008 Google - Gmail Home - About Gmail - Terms of Use - Privacy Policy - Program Policies - About Contacting Support