# EXHIBIT M

# MCKOOL SMITH

A PROFESSIONAL CORPORATION • ATTORNEYS
300 Crescent Court
Suite 1500
Dallas, Texas 75201

Hao Ni
Direct Dial: (214) 978-4083
hni@mckoolsmith.com

Telephone: (214) 978-4000
Telecopier: (214) 978-4044

February 19, 2008

*Via Email*
Craig D. Leavell
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601

    RE:    *Visto Corp. v. Research In Motion Limited and Research In Motion Corporation*, Civil Action No. 2-06-CV-181-TJW.

Dear Craig:

    I write regarding the deposition of Michael Morrissey and the documents referred to in his testimony. First, with respect to the financial numbers and projections which were not collected from Mr. Morrissey, please let us know RIM's proposal for providing this information. It should be produced.

    Second, with respects to RIM's document production, RIM has produced little or no documents related to the BIS Basilisk and BIS Chameleon. Also, Mr. Morrissey stated that RIM receives documents from third party mail providers such as Google, Yahoo!, AOL, and Microsoft regarding their protocols and operations for integration with the BIS email. Furthermore, Mr. Morrissey also stated that RIM tracks information regarding the number of customers that have integrated third party emails with the BIS as well as the number of customers that use the hosted email service or the mail connector.

    Please produce the documents identified above by Wednesday, February 27, 2008. If you have any questions, please do not hesitate to contact me.

Sincerely,

Hao Ni

HN:fgb