Steven J. Pollinger
Texas State Bar No. 24011919
spollinger@mckoolsmith.com
Geoffrey L. Smith
Texas State Bar No. 24041939
gsmith@mckoolsmith.com
MCKOOL SMITH, P.C.
300 West Sixth Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8702
Telecopier: (512) 692-8744

Martin C. Robson
Texas State Bar No. 24004892
mrobson@mckoolsmith.com
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Attorneys for Plaintiff Visto Corporation
(Additional counsel listed on signature pages)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VISTO CORPORATION, | Case No. CV-08-80031-JSW (JL) |
| Plaintiff and Counterclaim-Defendant, | Court of Original Jurisdiction: |
| v. | Civil Action No. 2-06-CV-181-TJW(CE) |
| RESEARCH IN MOTION LIMITED, and RESEARCH IN MOTION CORPORATION | United States District Court For The Eastern District of Texas - Marshall Division |
| Defendants and Counterclaim-Plaintiffs. | **DECLARATION OF SERVICE BY MAIL** |
| | Date:      April 23, 2008<br>Time:      9:30 a.m.<br>Judge:    Magistrate Judge Larson |

I, Chuck Rockroad, declare that I am over 18 years of age, employed in the county of San Francisco, and not a party to the within action; my business address is 388 Market Street, Suite

Dallas 252934v1

1  900, San Francisco, California 94111. I am readily familiar with my employer's business practice
2  for collection and processing of correspondence for mailing with the United States Postal Service.

3  On March 31, 2008, I served a true copy of the following document(s):

4
5  Proposed Order Granting Administrative Motion to File Portions of Documents Under Seal;

6  Visto Corporation's Opposition to Google's Motion to Quash Subpoena, or in the
7  Alternative, For Protective Order, and Visto Corporation's Cross-Motion to Compel
   Google to Comply with Third-Party Subpoena [DOCUMENT SUBMITTED UNDER
8  SEAL];

9  Declaration of Martin C. Robson in Support of Visto Corporation's Opposition to
   Google's Motion to Quash Subpoena, or in the Alternative, For Protective Order, and
10 Visto Corporation's Cross-Motion to Compel Google to Comply with Third-Party
11 Subpoena, including accompanying exhibits [DOCUMENT SUBMITTED UNDER
   SEAL].

12
13 on all the party or parties named below, in this action, by placing a true copy thereof in a sealed
   envelope, for collection and mailing with the United States Postal Service where it would be
14 deposited for first class delivery, postage fully prepaid, in the united States Postal Service that
   same day in the ordinary course of business, addressed as follows:

15
   Eric H. Findlay
16 TX State Bar No. 07889886
   RAMEY & FLOCK, P.C.
17 100 E. Ferguson, Suite 500
   Tyler, TX 75702
18 ericf@rameyflock.com
   903.597.3301 (phone)
19 903.597.2413 (fax)

20
   Harry Lee Gillam, Jr.
21 TX State Bar No. 07921800
   GILLAM & SMITH, LLP
22 110 S. Bolivar, Suite 204
   Marshall, TX 75670
23 gil@gillamsmithlaw.com
   903.934.8450 (phone)
24 903.934.9257 (fax)

25
26
27
28

MCKOOL SMITH
A PROFESSIONAL CORPORATION · ATTORNEYS
DALLAS, TEXAS

Linda S. DeBruin
William E. Devitt
Michael A. Parks
KIRKLAND & EILLIS LLP
200 E. Randolph Street
Chicago, IL 60601
312.861.2000 (phone)
312.861.2200 (fax)

Brian Rivers
Barbara Parvis
RESEARCH IN MOTION CORPORATION
102 Decker Court, Suite 180
Irving, TX 75062
972.650.4266 (phone)
972.650.2006 (fax)

Joe W. Redden, Jr.
BECK REDDEN & SECREST LLP
1221 McKinney Street, Suite 4500
Houston, TX 77010
713.951.3700 (phone)
713.951.3720 (fax)

ATTORNEYS FOR DEFENDANTS
RESEARCH IN MOTION LIMITED AND
RESEARCH IN MOTION CORPORATION

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct, and that this declaration was executed on March 31, 2008, at San Francisco, California.

| Chuck Rockroad | /s/Chuck Rockroad |
|---|---|
| (Typed Name) | (Signature) |

MCKOOL SMITH
A PROFESSIONAL CORPORATION · ATTORNEYS
DALLAS, TEXAS