1  Steven J. Pollinger
   Texas State Bar No. 24011919
2  spollinger@mckoolsmith.com
   Geoffrey L. Smith
3  Texas State Bar No. 24041939
   gsmith@mckoolsmith.com
4  MCKOOL SMITH, P.C.
5  300 West Sixth Street, Suite 1700
   Austin, Texas 78701
6  Telephone: (512) 692-8702
   Telecopier: (512) 692-8744
7
8  Martin C. Robson
   Texas State Bar No. 24004892
9  mrobson@mckoolsmith.com
   MCKOOL SMITH, P.C.
10 300 Crescent Court, Suite 1500
   Dallas, Texas 75201
11 Telephone: (214) 978-4000
   Telecopier: (214) 978-4044
12
13 Attorneys for Plaintiff Visto Corporation
   (Additional counsel listed on signature pages)
14

15            UNITED STATES DISTRICT COURT
16            NORTHERN DISTRICT OF CALIFORNIA
17               SAN FRANCISCO DIVISION
18

| | |
|---|---|
| 19 VISTO CORPORATION, | Case No. CV-08-80031-JSW (JL) |
| 20 Plaintiff and Counterclaim-Defendant, | Court of Original Jurisdiction: |
| 21 v. | Civil Action No. 2-06-CV-181-TJW(CE) |
| 22 RESEARCH IN MOTION LIMITED, and RESEARCH IN MOTION CORPORATION | United States District Court For The Eastern District of Texas - Marshall Division |
| 23 Defendants and Counterclaim-Plaintiffs. | **SUPPLEMENTAL DECLARATION OF SERVICE BY MAIL** |
| 24 | |
| 25 | Date:      April 23, 2008 |
| 26 | Time:      9:30 a.m. |
| | Judge:     Magistrate Judge Larson |

27
28

McKOOL SMITH
A PROFESSIONAL CORPORATION • ATTORNEYS
DALLAS, TEXAS

Dallas 252934v1

I, Chuck Rockroad, declare that I am over 18 years of age, employed in the county of San Francisco, and not a party to the within action; my business address is 388 Market Street, Suite 900, San Francisco, California 94111. I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service.

On April 1, 2008, I served a true copy of the following document(s):

Administrative Motion to File Portions of Documents Under Seal;

Declaration of Martin C. Robson in Support of Administrative Motion to File Portions of Documents Under Seal;

Stipulation of Counsel re: Administrative Motion to File Portions of Documents Under Seal;

[Proposed] Order Granting Administrative Motion to File Portions of Documents Under Seal;

Manual Filing Notification Regarding [Unredacted] Visto Corporation's Opposition to Google's Motion to Quash Subpoena, or in the Alternative, For Protective Order, and Visto Corporation's Cross-Motion to Compel Google to Comply with Third-Party Subpoena;

Visto Corporation's Opposition to Google's Motion to Quash Subpoena, or in the Alternative, For Protective Order, and Visto Corporation's Cross-Motion to Compel Google to Comply with Third-Party Subpoena [Redacted];

Manual Filing Notification Regarding [Unredacted] Declaration of Martin C. Robson in Support of Visto Corporation's Opposition to Google's Motion to Quash Subpoena, or in the Alternative, For Protective Order, and Visto Corporation's Cross-Motion to Compel Google to Comply with Third-Party Subpoena, including accompanying exhibits;

Declaration of Martin C. Robson in Support of Visto Corporation's Opposition to Google's Motion to Quash Subpoena, or in the Alternative, For Protective Order, and Visto Corporation's Cross-Motion to Compel Google to Comply with Third-Party Subpoena, including accompanying exhibits [Redacted];

[Proposed] Order re: Google's Motion To Quash, or in the Alternative, for Protective Order; Visto's Cross-Motion to Compel;

Declaration of Service by Mail;

on all the party or parties named below, in this action, by placing a true copy thereof in a sealed envelope, for collection and mailing with the United States Postal Service where it would be deposited for first class delivery, postage fully prepaid, in the united States Postal Service that same day in the ordinary course of business, addressed as follows:

1

2   Eric H. Findlay

3   TX State Bar No. 07889886
    RAMEY & FLOCK, P.C.

4   100 E. Ferguson, Suite 500
    Tyler, TX 75702

5   ericf@rameyflock.com
    903.597.3301 (phone)

6   903.597.2413 (fax)

7   Harry Lee Gillam, Jr.

8   TX State Bar No. 07921800
    GILLAM & SMITH, LLP

9   110 S. Bolivar, Suite 204
    Marshall, TX 75670

10  gil@gillamsmithlaw.com

11  903.934.8450 (phone)
    903.934.9257 (fax)

12

13  Linda S. DeBruin
    William E. Devitt

    Michael A. Parks

14  KIRKLAND & EILLIS LLP

15  200 E. Randolph Street
    Chicago, IL 60601

16  312.861.2000 (phone)
    312.861.2200 (fax)

17

18  Brian Rivers
    Barbara Parvis

19  RESEARCH IN MOTION CORPORATION
    102 Decker Court, Suite 180

20  Irving, TX 75062
    972.650.4266 (phone)

21  972.650.2006 (fax)

22

23  Joe W. Redden, Jr.
    BECK REDDEN & SECREST LLP

24  1221 McKinney Street, Suite 4500
    Houston, TX 77010

25  713.951.3700 (phone)
    713.951.3720 (fax)

26

27  ATTORNEYS FOR DEFENDANTS
    RESEARCH IN MOTION LIMITED AND

28

McKool Smith
A Professional Corporation · Attorneys
DALLAS, TEXAS

RESEARCH IN MOTION CORPORATION

     I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct, and that this declaration was executed on  April 1, 2008, at San Francisco, California.

Chuck Rockroad                               /s/Chuck Rockroad

_____         _____

(Typed Name)                               (Signature)

McKool Smith
A Professional Corporation • Attorneys
dallas, texas