UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VISTO CORPORATION,<br><br>Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>RESEARCH IN MOTION LIMITED, and RESEARCH IN MOTION CORPORATION<br><br>Defendants and Counterclaim-Plaintiffs.<br><br>. | Case No. CV-08-80031-JSW (JL)<br><br>Court of Original Jurisdiction:<br><br>Civil Action No. 2-06-CV-181-TJW(CE)<br>United States District Court For The Eastern District of Texas - Marshall Division<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE PORTIONS OF DOCUMENTS UNDER SEAL** |

Good cause having been shown, Visto Corporation's Administrative Motion to File Portions of Documents Under Seal is hereby GRANTED.  Visto Corporation may file portions of the following documents under seal, and a redacted version of the same documents in the public record:

1.    Visto Corporation's Opposition to Google's Motion to Quash Subpoena, or in the Alternative, For Protective Order, and Visto Corporation's Cross-Motion to Compel Google to Comply with Third-Party Subpoena;

2.    Declaration of Martin C. Robson in Support of Visto Corporation's Opposition to Google's Motion to Quash Subpoena, or in the Alternative, For Protective Order, and Visto Corporation's Cross-Motion to Compel Google to Comply with Third-Party Subpoena, including accompanying exhibits.

IT IS SO ORDERED.

DATED:  April 2, 2008

_____
United States Magistrate Judge

McKOOL SMITH
A PROFESSIONAL CORPORATION · ATTORNEYS
DALLAS, TEXAS