1  KEKER & VAN NEST, LLP
   MICHAEL H. PAGE - #154913
2  ASHOK RAMANI - #200020
   KHARI J. TILLERY - #215669
3  710 Sansome Street
   San Francisco, CA  94111-1704
4  Telephone:  (415) 391-5400
   Facsimile:  (415) 397-7188
5
   Attorneys for Third-Party Google Inc.
6

7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN FRANCISCO DIVISION
11

12

| VISTO CORPORATION, | Misc. Civil Case No. CV-08-80031-MISC-JL |
|---|---|
| Plaintiff, | Court of Original Jurisdiction |
| | U.S. Dist. Ct. |
| v. | E. Dist. Texas |
| | Marshall Division |
| RESEARCH IN MOTION LIMITED, et al., | Case No. 2-06-CV-181-TJW |
| Defendant. | **STIPULATION TO CONTINUE HEARING ON MOTION TO QUASH, OR IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER** |

20                           **RECITAL**

21      On February 1, 2008, Visto Corporation issued a subpoena to third party Google Inc. in

22 the matter of *Visto Corporation v. Research in Motion Limited, et al.*, Eastern District of Texas

23 Case No. 2:06-CV-181 (TJW).

24      On March 10, 2008, Google filed a motion to quash the subpoena, or in the alternative,

25 for a protective order, which is now pending before this Court and scheduled for hearing on

26 April 23, 2008.

27      Visto and Google are currently working together to negotiate a compromise that, if

28 successful, would resolve the subpoena and render Google's motion moot.

1  Given these ongoing negotiations, Visto and Google agree that it would be prudent to
2 continue the hearing from April 23 to May 7, 2008 to avoid any unnecessary briefing by the
3 parties or work by the Court.

**STIPULATION**

For the foregoing reasons, the parties, through their undersigned counsel, stipulate and agree to continue the hearing date for Google's motion to quash from April 23 to May 7, 2008 at 9:30 a.m.  The parties further stipulate that Google's reply brief, by operation of the Civil Local Rules, will come due April 23, 2008.

IT IS SO STIPULATED.

Dated:  April 7, 2008                                KEKER & VAN NEST, LLP


                                                     By:   /s/ *Khari J. Tillery*
                                                           KHARI J. TILLERY
                                                           Attorneys for Third Party Google Inc.

Dated:  April 7, 2008                                SPIEGEL LIAO & KAGAY, LLP


                                                     By:   /s/ *Charles M. Kagay*
                                                           CHARLES M. KAGAY
                                                           Attorneys for Plaintiff Visto Corporation

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: April__, 2008

_____
The HONORABLE JAMES LARSON
United States Magistrate Judge