Steven J. Pollinger
Texas State Bar No. 24011919
spollinger@mckoolsmith.com
Geoffrey L. Smith
Texas State Bar No. 24041939
gsmith@mckoolsmith.com
MCKOOL SMITH, P.C.
300 West Sixth Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8702
Telecopier: (512) 692-8744

Martin C. Robson
Texas State Bar No. 24004892
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044
mrobson@mckoolsmith.com

Attorneys for Plaintiff Visto Corporation
(Additional counsel listed on signature pages)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VISTO CORPORATION,<br><br>Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>RESEARCH IN MOTION LIMITED, and RESEARCH IN MOTION CORPORATION<br><br>Defendants and Counterclaim-Plaintiffs. | Case No. CV-08-0031-MSC<br><br>Court of Original Jurisdiction:<br><br>Civil Action No. 2-06-CV-181-TJW(CE) United States District Court For The Eastern District of Texas - Marshall Division<br><br>**STIPULATION OF COUNSEL RE: USE AND DISCLOSURE OF DOCUMENTS SUBMITTED UNDER SEAL BY VISTO CORPORATION**<br><br>Date:     April 23, 2008<br>Time:    9:30 a.m.<br>Judge:   Magistrate Judge Larson |

Dallas 252934v1
Dallas 254010v1
E:\PP\646\(3) Stipulation with Google.doc

Plaintiff Visto Corporation ("Visto Corporation") and Google Inc. ("Google"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. Google agrees to abide by the terms of the Agreed Protective Order entered by the U.S. District Court for the Eastern District of Texas on April 2, 2007 in the original action, *Visto Corporation. v. Research in Motion Limited and Research in Motion Corporation,* Case No. 2-06-CV-181-TJW (CE). This agreement pertains only to Google's and its outside counsel's receipt of the materials identified below in paragraphs 2 and 3, and is not an agreement that Google agrees for any other purpose to be bound by the Agreed Protective Order. Specifically, while Visto contends the Agreed Protective Order would apply to any information that Google may eventually produce in response to Visto's subpoena, Google does not agree by this Stipulation that the Agreed Protective Order would be applicable to such information. A true and correct copy of the Agreed Protective Order is attached to the accompanying Declaration of Martin C. Robson and designated Exhibit 1."

2. The Agreed Protective Order governs the manner in which Google may use and disclose the protected information found in the below documents, which Visto Corporation submitted under seal pursuant to the Agreed Protective Order and pursuant to Local Rule 79-5:

   a. Visto Corporation's Opposition to Google's Motion to Quash Subpoena, or in the Alternative, For Protective Order, and Visto Corporation's Cross-Motion to Compel Google to Comply with Third-Party Subpoena;

   b. Declaration of Martin C. Robson in Support of Visto Corporation's Opposition to Google's Motion to Quash Subpoena, or in the Alternative, For Protective Order, and Visto Corporation's Cross-Motion to Compel Google to Comply with Third-Party Subpoena, including accompanying exhibits.

3. To the extent the above documents contain information designated as "Confidential – Attorney's Eyes Only" or "Confidential – Attorney's Eyes Only – Computer Source Code," Google agrees to comply with sections 5.2 and 5.3 of the Agreed Protective Order

Dallas 254010v1

by restricting the use and disclosure of such information only to its outside counsel as defined in the Protective Order. In particular, Exhibits B, H, I, J and K contain RIM Confidential - Attorney's Eyes Only information, and should be treated in accordance with section 5.2 of the Agreed Protective Order.

4.  Upon receiving Google's executed Written Acknowledgement to Abide by the Terms of the Protective Order (Attachment A to the Agreed Protective Order), Visto Corporation shall serve on Google the unredacted versions of the two documents set forth above.

Dated: April 3, 2008.


/s/ Charles M. Kagay
───────────────────────────────
Charles M. Kagay
California State Bar No. 73377
SPIEGEL LIAO & KAGAY, LLP
388 Market Street, Suite 900
San Francisco, California 94111
Telephone: (415) 956-5959
Telecopier: (415) 362-1431
cmk@slksf.com


Steven J. Pollinger
Texas State Bar No. 24011919
spollinger@mckoolsmith.com
Geoffrey L. Smith
Texas State Bar No. 24041939
gsmith@mckoolsmith.com
MCKOOL SMITH, P.C.
300 West Sixth Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8702
Telecopier: (512) 692-8744

Dallas 254010v1

Martin C. Robson
Texas State Bar No. 24004892
mrobson@mckoolsmith.com
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

**ATTORNEYS FOR PLAINTIFF VISTO CORPORATION**

/s/ Khari J. Tillery
_____
Michael H. Page
Khari J. Tillery
KEKER & VAN NEST, LLP
710 Sansome Street
San Francisco, CA 94111
mpage@kvn.com
ktillery@kvn.com
415.391.5400 (phone)
415.397.7188 (fax)

**ATTORNEYS FOR GOOGLE, INC.**

SPIEGEL LIAO & KAGAY, LLP

I, Charles M. Kagay, attest that concurrence in the filing of the document has been obtained from each of the other signatories.

/s/ Charles M. Kagay
Charles M. Kagay

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED:

_____
United States Magistrate Judge

Dallas 254010v1