1  Steven J. Pollinger
   Texas State Bar No. 24011919
2  spollinger@mckoolsmith.com
   Geoffrey L. Smith
3  Texas State Bar No. 24041939
4  gsmith@mckoolsmith.com
   MCKOOL SMITH, P.C.
5  300 West Sixth Street, Suite 1700
   Austin, Texas 78701
6  Telephone: (512) 692-8702
   Telecopier: (512) 692-8744
7

8  Martin C. Robson
   Texas State Bar No. 24004892
9  MCKOOL SMITH, P.C.
   300 Crescent Court, Suite 1500
10 Dallas, Texas 75201
   Telephone: (214) 978-4000
11 Telecopier: (214) 978-4044
12 mrobson@mckoolsmith.com

13 Attorneys for Plaintiff Visto Corporation
   (Additional counsel listed on page 2)
14

15                    UNITED STATES DISTRICT COURT
16
17                   NORTHERN DISTRICT OF CALIFORNIA
18                          SAN FRANCISCO DIVISION

| | |
|---|---|
| VISTO CORPORATION, | Case No. CV-08-0031-MSC |
| Plaintiff and Counterclaim-Defendant, | Court of Original Jurisdiction: |
| v. | Civil Action No. 2-06-CV-181-TJW(CE) |
| RESEARCH IN MOTION LIMITED, and RESEARCH IN MOTION CORPORATION | United States District Court For The Eastern District of Texas - Marshall Division |
| Defendants and Counterclaim-Plaintiffs. | **DECLARATION OF SERVICE BY MAIL ON UNREGISTERED PARTIES** |
| | Date: April 23, 2008<br>Time: 9:30 a.m.<br>Judge: Magistrate Judge Larson |

MCKOOL SMITH
A PROFESSIONAL CORPORATION · ATTORNEYS
DALLAS, TEXAS

Dallas 252934v1

1  Charles M. Kagay
   California State Bar No. 73377
2  SPIEGEL LIAO & KAGAY, LLP
   388 Market Street, Suite 900
3  San Francisco, California 94111
   Telephone:  (415) 956-5959
4  Telecopier:  (415) 362-1431
5  cmk@slksf.com

McKOOL SMITH
A PROFESSIONAL CORPORATION • ATTORNEYS
DALLAS, TEXAS

I, Chuck Rockroad, declare that I am over 18 years of age, employed in the county of San Francisco, and not a party to the within action; my business address is 388 Market Street, Suite 900, San Francisco, California 94111. I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service.

On April 8, 2008, I served a true copy of the following document(s):

**STIPULATION OF COUNSEL RE: USE AND DISCLOSURE OF DOCUMENTS SUBMITTED UNDER SEAL BY VISTO CORPORATION**

on all the party or parties named below, in this action, by placing a true copy thereof in a sealed envelope, for collection and mailing with the United States Postal Service where it would be deposited for first class delivery, postage fully prepaid, in the united States Postal Service that same day in the ordinary course of business, addressed as follows:

Eric H. Findlay
TX State Bar No. 07889886
RAMEY & FLOCK, P.C.
100 E. Ferguson, Suite 500
Tyler, TX 75702
ericf@rameyflock.com
903.597.3301 (phone)
903.597.2413 (fax)

Harry Lee Gillam, Jr.
TX State Bar No. 07921800
GILLAM & SMITH, LLP
110 S. Bolivar, Suite 204
Marshall, TX 75670
gil@gillamsmithlaw.com
903.934.8450 (phone)
903.934.9257 (fax)

Linda S. DeBruin
William E. Devitt
Michael A. Parks
KIRKLAND & EILLIS LLP
200 E. Randolph Street
Chicago, IL 60601
312.861.2000 (phone)
312.861.2200 (fax)

1 Brian Rivers
Barbara Parvis
2 RESEARCH IN MOTION CORPORATION
102 Decker Court, Suite 180
3 Irving, TX 75062
972.650.4266 (phone)
4 972.650.2006 (fax)

5
Joe W. Redden, Jr.
6 BECK REDDEN & SECREST LLP
1221 McKinney Street, Suite 4500
7 Houston, TX 77010
713.951.3700 (phone)
8 713.951.3720 (fax)

9
ATTORNEYS FOR DEFENDANTS
10 RESEARCH IN MOTION LIMITED AND
RESEARCH IN MOTION CORPORATION
11

12        I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct, and that this declaration was executed on April 8, 2008, at San Francisco, California.
13

14 Chuck Rockroad                              /s/Chuck Rockroad
15 _____              _____
(Typed Name)                                  (Signature)
16

McKOOL SMITH
A PROFESSIONAL CORPORATION • ATTORNEYS
DALLAS, TEXAS