KEKER & VAN NEST, LLP
MICHAEL H. PAGE - #154913
ASHOK RAMANI - #200020
KHARI J. TILLERY - #215669
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Third-Party Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VISTO CORPORATION,<br><br>  Plaintiff,<br><br>v.<br><br>RESEARCH IN MOTION LIMITED, et al.,<br><br>  Defendant. | Misc. Civil Case No. CV-08-80031-MISC-JL<br><br>Court of Original Jurisdiction<br>U.S. Dist. Ct.<br>E. Dist. Texas<br>Marshall Division<br>Case No. 2-06-CV-181-TJW<br><br>**STIPULATION TO CONTINUE HEARING ON MOTION TO QUASH, OR IN THE ALTERNATIVE, FOR A PROTECTIVE ORDER** |

## RECITAL

On February 1, 2008, Visto Corporation issued a subpoena to third party Google Inc. in the matter of *Visto Corporation v. Research in Motion Limited, et al.*, Eastern District of Texas Case No. 2:06-CV-181 (TJW).

On March 10, 2008, Google filed a motion to quash the subpoena, or in the alternative, for a protective order, which is now pending before this Court and scheduled for hearing on April 23, 2008.

Visto and Google are currently working together to negotiate a compromise that, if successful, would resolve the subpoena and render Google's motion moot.

1  Given these ongoing negotiations, Visto and Google agree that it would be prudent to
2  continue the hearing from April 23 to May 7, 2008 to avoid any unnecessary briefing by the
3  parties or work by the Court.

**STIPULATION**

5  For the foregoing reasons, the parties, through their undersigned counsel, stipulate and
6  agree to continue the hearing date for Google's motion to quash from April 23 to May 7, 2008 at
7  9:30 a.m.  The parties further stipulate that Google's reply brief, by operation of the Civil Local
8  Rules, will come due April 23, 2008.

IT IS SO STIPULATED.

Dated:  April 7, 2008                               KEKER & VAN NEST, LLP


By:   /s/ *Khari J. Tillery*
      KHARI J. TILLERY
      Attorneys for Third Party Google Inc.

Dated:  April 7, 2008                               SPIEGEL LIAO & KAGAY, LLP


By:   /s/ *Charles M. Kagay*
      CHARLES M. KAGAY
      Attorneys for Plaintiff Visto Corporation

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: April 8, 2008

_____
The HONORABLE JAMES LARSON
United States Magistrate Judge