1  KEKER & VAN NEST, LLP
   MICHAEL H. PAGE - #154913
2  ASHOK RAMANI - #200020
   KHARI J. TILLERY - #215669
3  710 Sansome Street
   San Francisco, CA  94111-1704
4  Telephone:  (415) 391-5400
   Facsimile:  (415) 397-7188
5
   Attorneys for Third-Party Google, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VISTO CORPORATION,<br><br>         Plaintiff,<br><br>  v.<br><br>RESEARCH IN MOTION LIMITED, et al.,<br><br>         Defendant. | Misc. Civil Case No. 3:08-mc-80031-JSW (JL)<br><br>Court of Original Jurisdiction<br>U.S. Dist. Ct.<br>E. Dist. Texas<br>Marshall Division<br>Case No. 2-06-CV-181-TJW<br><br>**DECLARATION OF EDMOND CHOI IN SUPPORT OF THIRD PARTY GOOGLE'S REPLY IN SUPPORT OF MOTION TO QUASH SUBPOENA OR, IN THE ALTERNATIVE, FOR PROTECTIVE ORDER**<br><br>Date:  May 7, 2008<br>Time:  9:30 a.m.<br>Judge:  Magistrate Judge Larson |

---

DECLARATION OF EDMOND CHOI IN SUPPORT OF THIRD PARTY GOOGLE'S REPLY IN SUPPORT OF
MOTION TO QUASH SUBPOENA OR, IN THE ALTERNATIVE, FOR PROTECTIVE ORDER
Misc. Civil Case No. 3:08-mc-80031-JSW (JL)

416027.01

I, Edmond Choi, declare and state as follows:

1. My name is Edmond Choi and I am currently the Lead, Legal Investigations Support for Google, Inc. Except where otherwise noted, I make the following statements of my personal knowledge, have knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. Gmail users can access Gmail accounts on their BlackBerry devices through IMAP / POP industry standard email retrieval protocols, an XHTML interface, and a Java client.

3. I am informed and believe that the engineering effort required to determine the number of unique Gmail users that have accessed their Gmail accounts via Blackberry enabled devices would likely take more than three weeks, assuming that a user is anyone who has accessed their Gmail account via any of the above-described methods, at any point in time since October 1, 2005. I am further informed and believe that just some of the engineering issues that would be involved in attempting to discern the requested information would be: (1) sourcing and retrieval of logs, (2) availability of logs, (3) development, testing and implementation of algorithms to count the number of users, which would have to address the potential for double/triple counting of users based on the multiple access methods, and (4) significant time to process over two years of logs.

4. Only recently did Google begin asking Gmail users to provide their country of residence when signing up for a Gmail account. Prior to that, Google did not solicit that information about Gmail account holders. Even today, Google does not verify the accuracy of the self-identification provided.

5. Google also does not track whether a BlackBerry enabled device accessing a Gmail account is in the United States. Further, no Gmail user is consistently tied to a server in a particular country. Thus, a Gmail user in the United States is not necessarily being served by a server in the United States.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on April 23, 2008, at

1

DECLARATION OF EDMOND CHOI IN SUPPORT OF THIRD PARTY GOOGLE'S REPLY IN SUPPORT OF MOTION TO QUASH SUBPOENA OR, IN THE ALTERNATIVE, FOR PROTECTIVE ORDER
Misc. Civil Case No. 3:08-mc-80031-JSW (JL)

416027.01

1  Mountain View, California.
2
3                                             ____/s/Edmond Choi_____
                                                    EDMOND CHOI
4
5
...
28

2
DECLARATION OF EDMOND CHOI IN SUPPORT OF THIRD PARTY GOOGLE'S REPLY IN SUPPORT OF
MOTION TO QUASH SUBPOENA OR, IN THE ALTERNATIVE, FOR PROTECTIVE ORDER
Misc. Civil Case No. 3:08-mc-80031-JSW (JL)

416027.01