1  KEKER & VAN NEST, LLP
   MICHAEL H. PAGE - #154913
2  ASHOK RAMANI - #200020
   KHARI J. TILLERY - #215669
3  710 Sansome Street
   San Francisco, CA  94111-1704
4  Telephone:  (415) 391-5400
   Facsimile:  (415) 397-7188
5
   Attorneys for Third-Party Google, Inc.
6

7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                    SAN FRANCISCO DIVISION
11

12
   VISTO CORPORATION,                    Misc. Civil Case No. 3:08-mc-80031-JSW
13                                       (JL)
                         Plaintiff,
14                                       Court of Original Jurisdiction
          v.                             U.S. Dist. Ct.
15                                       E. District Texas
   RESEARCH IN MOTION LIMITED, et al.,   Marshall Division
16                                       Case No. 2-06-CV-181 TJW
                         Defendant.
17                                       **MANUAL FILING NOTIFICATION
                                         REGARDING THIRD PARTY
18                                       GOOGLE'S REPLY IN SUPPORT OF
                                         MOTION TO QUASH SUBPOENA, OR IN
19                                       THE ALTERNATIVE, FOR
                                         PROTECTIVE ORDER, AND
20                                       OPPOSITION TO MOTION TO COMPEL**

21                                       Date:     May 7, 2008
                                         Time:     9:30 a.m.
22                                       Judge:    Magistrate Judge Larson

23

24

25

26

27

28

---

MANUAL FILING NOTIFICATION REGARDING THIRD PARTY GOOGLE'S REPLY IN SUPPORT OF
MOTION TO QUASH SUBPOENA, OR IN THE ALTERNATIVE, FOR PROTECTIVE ORDER, AND
OPPOSITION TO MOTION TO COMPEL [UNREDACTED]
MISC. CIVIL CASE NO. 3:08-mc-80031-JSW (JL)

416073.01

**MANUAL FILING NOTIFICATION**

REGARDING: MANUAL FILING NOTIFICATION REGARDING THIRD PARTY GOOGLE'S REPLY IN SUPPORT OF MOTION TO QUASH SUBPOENA, OR IN THE ALTERNATIVE, FOR PROTECTIVE ORDER, AND OPPOSITION TO MOTION TO COMPEL

The filing is in paper or physical form only, and is being maintained in the case file in the Clerk's Office.  If you are a participant in this case, this filing will be served by Email via PDF file and Federal Express.  For information on retrieving this filing directly from the court, please see the Court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions ("FAQ").  This filing was not e-filed because it was conditionally lodged with the Clerk pursuant to Civil Local Rule 79-5 until further order.

Dated:  April 23, 2008.                                     Respectfully submitted,
                                                            KEKER & VAN NEST, LLP


                                                            By: /s/ *Khari J. Tillery* _____
                                                                MICHAEL H. PAGE
                                                                ASHOK RAMANI
                                                                KHARI J. TILLERY
                                                                Attorneys for Third-Party Google, Inc.

1

MANUAL FILING NOTIFICATION REGARDING THIRD PARTY GOOGLE'S REPLY IN SUPPORT OF MOTION TO QUASH SUBPOENA, OR IN THE ALTERNATIVE, FOR PROTECTIVE ORDER, AND OPPOSITION TO MOTION TO COMPEL [UNREDACTED]
MISC. CIVIL CASE NO. 3:08-mc-80031-JSW (JL)

416073.01