KEKER & VAN NEST, LLP
MICHAEL H. PAGE - #154913
ASHOK RAMANI - #200020
KHARI J. TILLERY - #215669
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Third-Party Google, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VISTO CORPORATION,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>RESEARCH IN MOTION LIMITED, et al.,<br><br>　　　　　　　　Defendant. | Misc. Civil Case No. 3:08-mc-80031-JSW (JL)<br><br>Court of Original Jurisdiction<br>U.S. Dist. Ct.<br>E. District Texas<br>Marshall Division<br>Case No. 2-06-CV-181 TJW<br><br>**ADMINISTRATIVE MOTION TO FILE A PORTION OF DOCUMENT UNDER SEAL** |

1  Defendant Google Inc. submits this Request under Civil Local Rules 7-11 and 79-5 to file
2  the a portion of the following document under seal:  Third Party Google's Reply in Support of
3  Motion to Quash Subpoena, or in the Alternative, for a Protective Order.  Google makes this
4  Request in a good-faith effort to maintain the confidentiality of several documents referenced in
5  Google's reply brief that have been filed under seal by plaintiff Visto Corporation (pursuant to
6  an order of this Court).  *See* Docket No. 26.  According to Visto, these documents contain
7  information that Research In Motion Limited and Research In Motion Corporation (collectively,
8  "RIM"), the defendants in the original action pending in the Eastern District of Texas, disclosed
9  to Visto pursuant to the protective order entered in that case.  *See* Docket Nos. 17, 18.

10  Google does not seek to seal *any* of its own documents, so this motion is brought under
11  Civil Local Rule 79-5(d)—therefore, Google has filed neither a supporting declaration that
12  explains why the materials should be maintained under seal, nor a narrowly-tailored proposed
13  sealing order.  Google expects that Visto will substantiate the basis for its Request to Seal within
14  five days.

15  Google respectfully requests that the Court order that the Clerk of the Court maintain
16  each of the above documents in accordance with the provisions of Local Civil Rule 79-5(d).

17  Dated:  April 23, 2008.

Respectfully submitted,
KEKER & VAN NEST, LLP

By: /s/ *Khari J. Tillery*
MICHAEL H. PAGE
ASHOK RAMANI
KHARI J. TILLERY
Attorneys for Third-Party Google, Inc.

| | |
|---|---|
| 1 | KEKER & VAN NEST, LLP |
| | MICHAEL H. PAGE - #154913 |
| 2 | ASHOK RAMANI - #200020 |
| | KHARI J. TILLERY - #215669 |
| 3 | 710 Sansome Street |
| | San Francisco, CA  94111-1704 |
| 4 | Telephone:  (415) 391-5400 |
| | Facsimile:  (415) 397-7188 |
| 5 | |
| | Attorneys for Third-Party Google, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VISTO CORPORATION,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>RESEARCH IN MOTION LIMITED, et al.,<br><br>　　　　　　　　　Defendant. | Misc. Civil Case No. 3:08-mc-80031-JSW (JL)<br><br>Court of Original Jurisdiction<br>U.S. Dist. Ct.<br>E. District Texas<br>Marshall Division<br>Case No. 2-06-CV-181 TJW<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE A PORTION OF DOCUMENT UNDER SEAL** |

416077.01

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION
TO FILE A PORTION OF DOCUMENT UNDER SEAL
MISC. CIVIL CASE NO. 3:08-mc-80031-JSW (JL)

1  Good cause having been shown, and consistent with the Court's April 2, 2008 Order
2  (Docket No. 26), Google's Administrative Motion to File Portions of Document Under Seal is
3  hereby GRANTED.  Google may file portions of the following documents under seal:  Third
4  Party Google's Reply in Support of Motion to Quash, or in the Alternative, for Protective Order,
5  and Opposition to Motion to Compel.
6  IT IS SO ORDERED.
7
8  DATED:_____                              _____
                                                     Magistrate Judge Larson
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

416077.01

1
[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION
TO FILE A PORTION OF DOCUMENT UNDER SEAL
MISC. CIVIL CASE NO. 3:08-mc-80031-JSW (JL)