```
1   KEKER & VAN NEST, LLP
    MICHAEL H. PAGE - #154913
2   ASHOK RAMANI - #200020
    KHARI J. TILLERY - #215669
3   710 Sansome Street
    San Francisco, CA 94111-1704
4   Telephone: (415) 391-5400
    Facsimile: (415) 397-7188
5
    Attorneys for Third-Party Google Inc.
6
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VISTO CORPORATION,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>RESEARCH IN MOTION LIMITED, et al.,<br><br>　　　　　　　Defendant. | Case No. 3:08-mc-80031-JSW<br><br>Court of Original Jurisdiction<br>U.S. Dist. Ct.<br>E. Dist. Texas<br>Marshall Division<br>Case No. 2-06-CV-181-TJW<br><br>**PROOF OF SERVICE**<br><br>Date:　　May 7, 2008<br>Time:　　9:30 a.m.<br>Judge:　　**Magistrate Judge Larson** |

412961.01

PROOF OF SERVICE
Case No. 3:08-mc-80031-JSW

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest, LLP, 710 Sansome Street, San Francisco, California 94111.

On April 23, 2008, I served the following document(s):

ADMINISTRATIVE MOTION TO FILE A PORTION OF DOCUMENT UNDER SEAL;

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE A PORTION OF DOCUMENT UNDER SEAL;

MANUAL FILING NOTIFICATION REGARDING THIRD PARTY GOOGLE'S REPLY IN SUPPORT OF MOTION TO QUASH SUBPOENA, OR IN THE ALTERNATIVE, FOR PROTECTIVE ORDER, AND OPPOSITION TO MOTION TO COMPEL;

THIRD PARTY GOOGLE'S REPLY IN SUPPORT OF MOTION TO QUASH SUBPOENA, OR IN THE ALTERNATIVE, FOR PROTECTIVE ORDER, AND OPPOSITION TO MOTION TO COMPEL **[CONFIDENTIAL – FILED UNDER SEAL]**;

THIRD PARTY GOOGLE'S REPLY IN SUPPORT OF MOTION TO QUASH SUBPOENA, OR IN THE ALTERNATIVE, FOR PROTECTIVE ORDER, AND OPPOSITION TO MOTION TO COMPEL **[REDACTED VERSION]**;

DECLARATION OF EDMOND CHOI IN SUPPORT OF THIRD PARTY GOOGLE'S REPLY IN SUPPORT OF MOTION TO QUASH SUBPOENA OR, IN THE ALTERNATIVE, FOR PROTECTIVE ORDER;

DECLARATION OF KHARI J. TILLERY IN SUPPORT OF THIRD PARTY GOOGLE'S REPLY IN SUPPORT OF MOTION TO QUASH SUBPOENA, OR IN THE ALTERNATIVE, FOR PROTECTIVE ORDER, AND OPPOSITION TO MOTION TO COMPEL;

PROOF OF SERVICE

by **FEDERAL EXPRESS**, by placing a true and correct copy in a sealed envelope addressed as shown below. I am readily familiar with the practice of Keker & Van Nest, LLP for correspondence for delivery by FedEx Corporation. According to that practice, items are retrieved daily by a FedEx Corporation employee for overnight delivery, and

| | |
|---|---|
| Geoffrey L. Smith<br>McKool Smith<br>300 West 6th Street, Ste. 1700<br>Austin, TX 78701<br>TEL: (512) 692-8728<br>FAX: (512) 692-8744<br>gsmith@mckoolsmith.com | Tiffany P. Cunningham<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, IL 60601-6636<br>TEL: (312) 861-2251<br>FAX: (312) 861-2200<br>tcunningham@kirkland.com |

Charles M. Kagay, Esq.
Spiegel Liao & Kagay LLP
388 Market Street, Suite 900
San Francisco, CA 94111
TEL: (415) 956-5959
FAX: (415) 362-1431
cmk@slksf.com

Executed on April 23, 2008, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

*Diane Blais Miller*
DIANE BLAIS MILLER

412961.01

PROOF OF SERVICE
Case No. 3:08-mc-80031-JSW