1 KEKER & VAN NEST, LLP
   MICHAEL H. PAGE - #154913
2 ASHOK RAMANI - #200020
   KHARI J. TILLERY - #215669
3 710 Sansome Street
   San Francisco, CA 94111-1704
4 Telephone: (415) 391-5400
   Facsimile: (415) 397-7188

Attorneys for Third-Party Google, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| VISTO CORPORATION, | Misc. Civil Case No. 3:08-mc-80031-JSW (JL) |
|---|---|
| Plaintiff, | |
| v. | Court of Original Jurisdiction U.S. Dist. Ct. E. District Texas Marshall Division Case No. 2-06-CV-181 TJW |
| RESEARCH IN MOTION LIMITED, et al., | |
| Defendant. | [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE A PORTION OF DOCUMENT UNDER SEAL |

416077.01

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION
TO FILE A PORTION OF DOCUMENT UNDER SEAL
MISC. CIVIL CASE NO. 3:08-mc-80031-JSW (JL)

1  Good cause having been shown, and consistent with the Court's April 2, 2008 Order
2  (Docket No. 26), Google's Administrative Motion to File Portions of Document Under Seal is
3  hereby GRANTED.  Google may file portions of the following documents under seal:  Third
4  Party Google's Reply in Support of Motion to Quash, or in the Alternative, for Protective Order,
5  and Opposition to Motion to Compel.
6  IT IS SO ORDERED.

7
8  DATED: April 24, 2008                                    _____
9                                                                                  Magistrate Judge Larson

1
[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION
TO FILE A PORTION OF DOCUMENT UNDER SEAL
MISC. CIVIL CASE NO. 3:08-mc-80031-JSW (JL)