Steven J. Pollinger
Texas State Bar No. 24011919
spollinger@mckoolsmith.com
Geoffrey L. Smith
Texas State Bar No. 24041939
gsmith@mckoolsmith.com
MCKOOL SMITH, P.C.
300 West Sixth Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8702
Telecopier: (512) 692-8744

Martin C. Robson
Texas State Bar No. 24004892
MCKOOL SMITH, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044
mrobson@mckoolsmith.com

Attorneys for Plaintiff Visto Corporation
(Additional counsel listed on page 2)

MCKOOL SMITH
A PROFESSIONAL CORPORATION • ATTORNEYS
DALLAS, TEXAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VISTO CORPORATION,<br><br>Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>RESEARCH IN MOTION LIMITED, and RESEARCH IN MOTION CORPORATION<br><br>Defendants and Counterclaim-Plaintiffs. | Case No. CV-08-0031-MSC<br><br>Court of Original Jurisdiction:<br><br>Civil Action No. 2-06-CV-181-TJW(CE)<br>United States District Court For The Eastern District of Texas - Marshall Division<br><br>**SUPPLEMENTAL DECLARATION OF SERVICE BY MAIL ON UNREGISTERED PARTIES**<br><br>Date: April 23, 2008<br>Time: 9:30 a.m.<br>Judge: Magistrate Judge Larson |

Charles M. Kagay
California State Bar No. 73377
SPIEGEL LIAO & KAGAY, LLP
388 Market Street, Suite 900
San Francisco, California 94111
Telephone: (415) 956-5959
Telecopier: (415) 362-1431
cmk@slksf.com

MCKOOL SMITH
A PROFESSIONAL CORPORATION • ATTORNEYS
DALLAS, TEXAS

I, Chuck Rockroad, declare that I am over 18 years of age, employed in the county of San Francisco, and not a party to the within action; my business address is 388 Market Street, Suite 900, San Francisco, California 94111. I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service.

On April 28, 2008, I served a true copy of the following document(s):

**STIPULATION OF COUNSEL RE: USE AND DISCLOSURE OF DOCUMENTS SUBMITTED UNDER SEAL BY VISTO CORPORATION**

**DECLARATION OF SERVICE BY MAIL ON UNREGISTERED PARTIES**

on all the party or parties named below, in this action, by placing a true copy thereof in a sealed envelope, for collection and mailing with the United States Postal Service where it would be deposited for first class delivery, postage fully prepaid, in the united States Postal Service that same day in the ordinary course of business, addressed as follows:

Brian Rivers
Barbara Parvis
RESEARCH IN MOTION CORPORATION
122 West John Carpenter Parkway, Suite 430
Irving, TX 75039
972.650.4266 (phone)
972.650.2006 (fax)

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct, and that this declaration was executed on April 28, 2008, at San Francisco, California.

| Chuck Rockroad | /s/Chuck Rockroad |
|---|---|
| (Typed Name) | (Signature) |