## CIVIL MINUTES

**Chief Magistrate Judge James Larson**                **FTR 9:37- 10:00**
                                                       **(23 mins)**

Date: **May 7, 2008**

Case No: **MC 08-80031 JSW (JL)**

Case Name: **Visto Corp v. Research in Motion Ltd.**
Plaintiff Attorney(s):Steven Pollinger; Pamela Pham; Christopher DiCarlo
Defendant Attorney(s):Tiffany Cunningham; Ashok Romani for 3rd party Google
Deputy Clerk: **Wings Hom**

| Motions | RULING: |
|---|---|
| 1. 3rd party Google's mo to quash subpoena | Denied |
| 2. Pltf's mo for sanctions | Denied |
| 3. | |
| 4. | |
| 5. | |
| 6. | |

[ ]Case Management Conference  [ ] Status Conference  [] P/T Conference
**ORDERED AFTER HEARING: Google to make someone available for depos or counsel to work out w/in 7 days.**
**Order to be prepared by:** [ ] Plntf  [ ] Deft  [] Court
**Case continued to:**

**PRETRIAL SCHEDULE:**
Discovery cutoff:
Expert disclosure:
Expert discovery cutoff:
Motions hearing date:
Pretrial Conference:
Trial:  at , set for  days.
         [ ] Jury  [ ] Court

Notes:

cc: Venice, Kathleen, Jennifer